## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:06CR89 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| ERIC A. TYNDALL and ) | |
| TECUMSEH J. WOLF, ) | |
| ) | |
| Defendants. ) | |

Trial of this matter is continued *sine die* pending the determination of competency of defendant Eric A. Tyndall pursuant to 18 U.S.C. § 4241.

**IT IS SO ORDERED.**

DATED this 7th day of June, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge