**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 8:06CR89 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **ERIC TYNDALL,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the letter request of the Warden, Federal Detention Center, Seattle, Washington (FDC-Seattle), for an extension in the evaluation period of Eric Tyndall (Tyndall) pursuant to this court's order of June 7, 2006, which committed Tyndall to the custody of the Attorney General for a competency examination pursuant to 18 U.S.C. § 4241 (Filing No. 23). The Warden represents they are having a transition of forensic psychologists, and the Warden requests until October 11, 2006, in order to complete the study period and submit the final report no later than October 24, 2006. The request is granted.

**IT IS SO ORDERED.**

DATED this 5th day of September, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge