IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:06CR89 |
| vs. | ) | **ORDER TO DISMISS** |
| ERIC A. TYNDALL, | ) | |
| Defendant. | ) | |

This matter is before the Court on the government's motion to dismiss (Filing No. 49).

IT IS ORDERED:

1. The government's motion to dismiss (Filing No. 49) is granted;

2. The Indictment in the above-referenced matter is hereby dismissed with prejudice as to defendant Eric A. Tyndall;

3. This order shall be effective on May 2. 2007, at 9:00 a.m.; and

4. A copy of this order shall be delivered to the U.S. Marshal for this district before May 2, 2007, at 9:00 a.m.

DATED this 1st day of May, 2007.

BY THE COURT:

S/Laurie Smith Camp
United States District Court Judge